# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORPORATION,**<br><br>  Plaintiff,<br><br>  v.<br><br>**THE E. W. SCRIPPS COMPANY,**<br><br>  Defendant. | **Civil Action No.: 1:12-cv-01192-SLR** |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims and causes of action set forth in Plaintiff's Complaint against Defendant with prejudice.

> INTERNET MEDIA INTERACTIVE CORPORATION
>
> By its Attorneys,
>
> */s/ George Pazuniak*
> George Pazuniak (DE Bar No. 00478)
> PAZUNIAK LAW OFFICE LLC
> 1201 Orange St., 7th Fl., Ste. 7114
> Wilmington, DE 19801
> Phone: (302) 478-4230
> GP@del-iplaw.com
>
> Timothy J. Haller
> Oliver D. Yang
> Ashley E. LaValley
> NIRO, HALLER & NIRO
> 181 W. Madison St., St. 4600
> Chicago, IL 60602
> Phone: (312) 236-0733
> haller@nshn.com
> oyang@nshn.com
> alavalley@nshn.com